CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CALEB RYDEN, an individual, C.R., by and through his guardian, and K.R., by and through her guardian,<br><br>    Plaintiffs,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 2:18-CV-01459-RSM<br><br>ORDER GRANTING JOINT MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE |

THIS MATTER came before the Court on the joint motion of the parties to extend the dispositive motion deadline to accommodate the mediation date that was rescheduled because of an unanticipated medical event.

**ORDER**

Having considered the parties' joint motion to extend the dispositive motion deadline, and good cause appearing, the Court GRANTS the joint motion and EXTENDS the dispositive motions deadline to August 21, 2019. Response briefs are due September 18, 2019. Reply briefs are due October 2, 2019.

ORDER GRANTING JOINT MOTION TO
EXTEND THE DISPOSITIVE MOTION
DEADLINE - 1
NO. 2:18-cv-01459-RSM
#1245781 v1 / 72099-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1

2     IT IS SO ORDERED.

3     DATED: May 14, 2019

4

5                                       RICARDO S. MARTINEZ

6                                       CHIEF UNITED STATES DISTRICT JUDGE

7

8

9 Presented by:

10 **KARR TUTTLE CAMPBELL**

11

12 By:*/s/ Steven D. Robinson*
    Steven D. Robinson, WSBA #12999
13     Jacque E. St. Romain, WSBA #44167
    701 Fifth Avenue, Suite 3300
14     Seattle, WA 98104-7055
    sdrobinson@karrtuttle.com
15     jstromain@karrtuttle.com

16     *Counsel for Plaintiffs*

17
    **LANE POWELL PC**
18

19 By:*/s/ Stephanie Denton*
    D. Michael Reilly, WSBA No. 14674
20     Stephania Denton, WSBA No.
    1420 Fifth Avenue, Suite 4200
21     Seattle, WA 98111
    reillym@lanepowell.com
22     dentons@lanepowell.com

23     *Counsel for Defendant*

24

25

26

27

ORDER GRANTING JOINT MOTION TO
EXTEND THE DISPOSITIVE MOTION
DEADLINE - 2
NO. 2:18-cv-01459-RSM
#1245781 v1 / 72099-001

K‍ARR T‍UTTLE C‍AMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100