7    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON AT SEATTLE
8

9  CALEB RYDEN, an individual, C.R., by and
   through his guardians, and K.R., by and through her    CASE NO. 2:18-CV-01459-RSM
   guardians,
10
            Plaintiffs,                                   STIPULATION AND ORDER OF
11                                                        DISMISSAL WITH PREJUDICE
       v.                                                 AND WITHOUT COSTS
12
   METROPOLITAN LIFE INSURANCE
13 COMPANY,

14          Defendant.

15

16                                    STIPULATION

17     Plaintiffs Caleb Ryden, an individual, C.R., by and through his guardians, and K.R., by and

18 through her guardians ("Plaintiffs") and Defendant Metropolitan Life Insurance Company

19 ("Defendant"), by and through their counsel of record, hereby stipulate to the entry of an order of

20 dismissal of Plaintiffs' claims and Defendant's counterclaims with prejudice and without costs.

21

22                            /s/ *Steven D. Robinson*
                              State Bar Number 12999
23                            Of Karr Tuttle Campbell
                              Attorneys for Plaintiff
24                            701 Fifth Avenue, Suite 3300
                              Seattle, WA 98104
25                            Telephone: (206) 224-8012
                              E-mail: sdrobinson@karrtuttle.com
26

27

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

#1260385 v1 / 72099-003

| | |
|---|---|
| 1 | |
| 2 | /s/ *Stephania Denton* |
| | State Bar Number 21920 |
| 3 | Of Lane Powell PC |
| | Attorneys for Defendant |
| 4 | 1420 Fifth Avenue, Suite 4200 |
| | Seattle, WA 98111 |
| 5 | dentons@lanepowell.com |

<br>

## ORDER

On the basis of the foregoing stipulation of the parties, and the Court being fully advised in the premises, it is hereby ORDERED:

1. All claims of the Plaintiffs in this matter are hereby DISMISSED:

2. All counterclaims of the Defendant in this matter are hereby DISMISSED; and

3. This matter is DISMISSED WITH PREJUDICE and WITHOUT COSTS.

DATED: July 24, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2

#1260385 v1 / 72099-003

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100